# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Nichelle Waters,

　　　　　　　　Plaintiff,

　　　　　　　　　　　　Case No. 20-11507

v.

　　　　　　　　　　　　Judith E. Levy
Menards, Inc.,　　　　　　United States District Judge

　　　　　　　　Defendant.　　Mag. Judge David R. Grand

_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on January 15, 2021, it is ordered and adjudged that the case is dismissed without prejudice.

Date: January 27, 2021

　　　　　　　　　　　　　　　　DAVID J. WEAVER
　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　By:　s/William Barkholz
　　　　　　　　　　　　　　　DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE